Wilson v. Edwards County.

H. J. WILSON, *Appellee*, V. THE BOARD OF COUNTY COM-
MISSIONERS OF THE COUNTY OF EDWARDS, *Appel-
lant.*

No. 17,436.

ORDER FOR A REHEARING.

HEADNOTE BY THE REPORTER.

SALARIES OF CLERKS OF DISTRICT COURTS. In *Wilson v. Edwards
County, ante,* p. 422, a rehearing is granted and it is ordered
that all parties who may be affected by the result of the action,
whether parties thereto or not, may file briefs in the case.

Appeal from Edwards district court. Order filed
October 7, 1911. Rehearing allowed. (For original
opinion, see *ante,* p. 422.)

*W. E. Broadie,* for the appellant.

*F. L. Slaughter,* and *M. A. Merten,* for the appellee.

*Per Curiam:* In a petition for a rehearing attention
is called to the fact that between the original enactment
of the general statute relating to the fees of clerks of
the district court, in 1899 (Laws 1899, ch. 141, § 8; see
Gen. Stat. 1909, § 3663), and its amendment in 1909
(Laws 1909, ch. 140), many special acts on the subject
were passed, and that therefore the decision directly
affects a large number of counties and officers. It is
suggested that some of these, if aware of the contro-
versy, would have desired to participate in the hearing.
To the end that any who are interested in the question
involved may be given a full opportunity to be heard
before its determination becomes final, a rehearing is
granted. Any briefs on either side will be considered,
whether presented by parties to the litigation or by
those who, although not parties, are affected by the re-
sult.

In the opinion (*Wilson v. Edwards County, ante,* p.
422, 424) the rule that a local act will prevail over a

40—85 KAN.

later general one is spoken of as controlling the case. That expression does not accurately indicate the ground of the decision. The court held that the special law of 1905 (Laws 1905, ch. 233, repealed by Laws 1911, ch. 195), was still in force, because it was essentially a later enactment than the general law, which was regarded as dating from its original passage in 1899, rather than from its reënactment in 1909, so far as its provisions remained unchanged.